EARL J. BROOMFIELD, Respondent, v. FRANK NEFF, Appellant.— Motion to vacate order of dismissal granted, upon condition that appellant file and serve his printed papers and printed brief on appeal and pay to respondent's attorneys twenty dollars by March sixteenth, and shall be ready to

argue the appeal at the present term of court as soon as same is reached in its regular order.